IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Thor Cheltenham Square Mall, L.P., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| Rush Dental Associates of Pennsylvania, P.C. d/b/a Modern Dental Concepts, et al., | : | NO. 09-2601 |
| Defendants. | : | |



FILED
AUG 26 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 26th day of August, 2009, in consideration of the Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction or in the Alternative for Discovery Limited to Jurisdictional Issues filed by Defendants Rush Dental Associates of Pennsylvania, P.C. d/b/a Modern Dental Concepts, and Howard M. Koff, D.D.S. and Associates, P.C. d/b/a The Orthodontist (Doc. No. 6), and the response thereto, it is hereby **ORDERED** that the Motion to Dismiss is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE